OPS 40
(Rev. 7/2013)

## UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:**  U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

**FROM:**  U.S. Pretrial Services, PAE
Wm. Green Federal Office Bldg.
600 Arch St., Suite 4408
Philadelphia, PA 19106

☒ **Original Notice**        ■ **Notice of Disposition**

**Date:** February 28, 2025                    **Date:**

**By:** Anijah A. Carr, Pretrial Services
Technician                                     **By:**

Defendant:    MD Munsur Ali            Case Number:    2:25CR00057-2

Date of Birth:                                 Place of Birth:

SSN:

**Notice of Court Order**    (Order Date:  February 27, 2025)

☒ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☒ The above-named defendant surrendered Passport Number _____
to the custody of the U.S. District Court on  February 27, 2025

**NOTICE OF DISPOSITION**

The above case has been disposed of.

■ The above order of the court is no longer in effect.

■ Defendant not convicted. B Document returned to defendant.

■ Defendant not convicted. B Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

■ Defendant convicted. B Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court