**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| *Plaintiff* | : | |
| | : | |
| v. | : | **CRIMINAL NO.:** |
| | : | |
| **MD MUNSUR ALI (A.K.A. MITHU)** | : | **25-CR-00057-HB-2** |
| *Defendant* | : | |
| | : | |

# ENTRY OF APPEARANCE

To: The Clerk of Courts and all parties of record:

I am authorized to practice law in the Eastern District of Pennsylvania, and I hereby enter my appearance as the attorney of record for the above-listed defendant.

                                                          Respectfully submitted,
                                                          /s/ Timothy Tarpey
                                                          Timothy Tarpey, #88162
                                                          The Philadelphia Building
                                                          1315 Walnut Street, Suite 1605
                                                          Philadelphia, PA 19107
                                                          215-851-8800
                                                          Tarpey@ptlfirm.com

Dated: March 31, 2025