IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MD MUNSUR ALI (A.K.A. MITHU) | : | NO. 25-57-2 |

<u>ORDER</u>

AND NOW, this 9th day of June, 2025, after a telephone conference with counsel, it is hereby ORDERED that the motion of defendant MD Munsur Ali (A.K.A. Mithu) to continue his sentencing (Doc. #45) is GRANTED.  Sentencing will take place on June 26, 2025, at 10:00 a.m.

BY THE COURT:

/s/ Harvey Bartle III
                                                                J.