## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| | } | |
| vs. | } | Docket No.: 0313 2:25CR00057-002 |
| | } | |
| MD Munsur Ali | } | |
| a/k/a/ "Mithu" | } | |

**Prepared for:**     The Honorable Harvey Bartle III
US District Court, Judge

**Assistant U.S. Attorney**
Mark B. Dubnoff
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106
(215) 861-8397
mark.dubnoff@usdoj.gov

**Defense Counsel**
Timothy J. Tarpey
The Philadelphia Building
1315 Walnut Street
Suite 1605
Philadelphia, PA 19107
(215) 851-8800
tarpey@ptlfirm.com
*Designation: Retained*

**Defense Counsel**
Spencer M. Wertheimer
1800 J.F.K. Boulevard
Suite 400
Philadelphia, PA 19103
(215) 575-7600
swertheimer@ktwlaw.com
*Designation: Retained*

### DEFENDANT'S SENTENCING MEMORANDUM

Defendant MD Munsur Ali, by and through his counsel, respectfully submits this Sentencing Memorandum in aid of sentencing in this case.

**INTRODUCTION**

On February 18, 2025, a grand jury sitting in the Eastern District of Pennsylvania returned a 33-count Indictment charging MD Nurul Hasan, MD Munsur Ali a/k/a "Mithu," and MD Rafikul Islam a/k/a "Mohammed Rafikul Islam" and "Jibon" with conspiracy, in violation of 18 U.S.C. §371 [Count 1]; false information in registering and aiding and abetting, in violation of 52 U.S.C. §10307(c) and 18 U.S.C. §2 [Counts 2 through 17]; and fraudulent voter registration and aiding and abetting, in violation of 52 U.S.C. §20511(2)(A) and 18 U.S.C. §2 [Counts 18 through 33].

MD Munsur Ali was specifically charged in Counts 1, 2, 4-8, 11, 12, 14-17, 18, 20-24, 27, 28, and 30-33 of the Indictment.  He agreed to plead guilty to Counts 1, 2, 4-8, 11, 12,

14-17, 18, 20-24, 27, 28, and 30-33 of the Indictment, arising from the defendant and his co-conspirators' efforts in 2021 to register as voters in Millbourne Borough, Pennsylvania, dozens of people whom the defendant and his co-conspirators knew did not live in Millbourne. He agreed to pay a fine as determined by the Court and agreed that any fine or restitution imposed by the Court shall be payable immediately and on such terms and conditions that the Court may impose. Mr. Ali also agreed to pay the special victims/assessment in the amount of $2,500.00 before the time of sentencing and to provide a receipt from the Clerk to the government before sentencing as proof of his payment.

Pursuant to USSG §6B1.4, the parties entered into the following stipulation under the Sentencing Guidelines Manual, namely that, as of the date of the agreement, the defendant has demonstrated acceptance of responsibility. On February 27, 2025, the defendant was released on an O/R bond in the amount of $25,000. According to the U.S. Pretrial Services Office, the defendant has complied with all Court-ordered conditions of release. Mr. Ali is credited with acceptance of responsibility, pursuant to USSG §3E1.1(a), and he is eligible for a 2-level decrease in the offense level. As verified by the government, the defendant assisted the government by providing timely notification of his intent to plead guilty; therefore, he is eligible for an additional one-level decrease, pursuant to USSG §3E1.1(b).

## PERSONAL AND FAMILY DATA

Muhammad (MD) Munsur Ali was born on October 22, 1976, to Mosammat Khohza Khatun and MD Mofiz Uddin Sheik in Pabna, Bangladesh. The defendant's parents were married and lived together in Bangladesh for the entirety of the defendant's upbringing. The defendant has a total of eight siblings, all of whom share the same parents and were raised together. The defendant married his wife, Mosammat Zannatul Mewa (age 48), in 2000. Together, they have two sons: Sheikh Al Zabir (age 19) is currently a student at St. Joseph's University in Philadelphia, Pennsylvania, and Sheikh Al Abir (age 15) is in tenth

grade at Upper Darby High School. In 2004, the defendant and his wife relocated to the United States. The defendant is a United States citizen.

The defendant and his family reside in a row home located at 11 Burd Avenue in Millbourne. The home is occupied by the defendant, his wife, his mother- and father-in-law, along with his two sons. The first floor consists of a living room, dining room, and kitchen in the rear of the home. The defendant's wife's parents share a bed on this floor due to their limited mobility. Access to the second floor of the home can be gained from the living room and the kitchen. The second floor consists of the bathroom and four bedrooms; the front bedroom belongs to the defendant's oldest son, the middle bedrooms are connected by a door and belong to the defendant, his wife and their youngest son.

## PHYSICAL CONDITION

The defendant is a Bengali male who stands five feet, five inches tall and weighs approximately 140 pounds. The defendant is currently being treated for high cholesterol, diabetes, asthma, high blood pressure, and periodic hand tremors due to low blood pressure. The following medications are currently prescribed to the defendant: Losartan potassium (one 25mg tablet) daily for blood pressure; Gemfibrozil (one 600 mg tablet) daily for high cholesterol; Pentoxifylline (one 400 gm tablet) three times each day to prevent blood clotting; L-arginine (one 1000 mg tablet) twice daily to support blood flow; and Metformin (one 1000 mg tablet) twice daily for diabetes. In 2001 the defendant suffered a stroke which caused him temporary blindness. Defendant's current condition is itemized by several physician's letters attached to this memorandum and summarized at length in Defendant's Request for Additional Downward Departure.

## EMPLOYMENT RECORD

The defendant is currently employed full-time as a home health aide by New Hope Home Care in Upper Darby, Pennsylvania and is paid $14 per hour. He began working there in 2023 and is currently assigned to the care of his father-in-law. The defendant's income is heavily relied on by his family. Although his wife works as a caregiver for her

mother and is employed by the same company she cannot sustain the home on her income alone.

The defendant is also an elected member of the Millbourne Borough Council, for which he is paid $100 monthly. According to the defendant, he does not hold a special title in the council but is an authorized signatory to cash any checks that are written to the council, along with codefendant Hasas. The defendant has no intention to run for re-election in 2025.

The defendant also works part-time as a taxi driver.

## DEFENDANT'S REQUEST FOR ADDITIONAL DOWNWARD DEPARTURE

It respectfully submitted that the defendant is a candidate for an additional downward departure. Defendant respectfully suggests that the court consider the following.

### 1. *LEGAL ANALYSIS*

In a series of post-*Booker* (*United States v. Booker*, 543 U.S. 220, 125 S. Ct. 738, 160 L.E.2d 621 (2005)) cases, the Third Circuit has adopted a process and methodology the courts must utilize when imposing a criminal sentence. The Third Circuit has adopted a three-step procedure which requires a pre-*Booker* calculation of the guideline range, and a formal ruling on factual disputes and departure motions. It reasons that because the guidelines remain an integral part of the sentencing process, an accurately calculated range is critical to the district court's analysis.

The three-step procedure requires courts to: (1) calculate the guideline range correctly, adhering to the manual's application principles and resolving factual disputes affecting the calculation; (2) formally rule on departure motions in light of the (now advisory) pre-Booker case law, stating clearly how a departure affects the guidelines calculation; and (3) exercise discretion under 18 U.S.C. §3553(a) by meaningfully considering the relevant factors, *United States v. Gunter*, 462 F. 3d 237, 247 (3d Cir. 2006)

In *Rita v. United States*, 551 U.S. 338, 127 S. Ct. 2456, 168 L. Ed. 2d 203 (2007), the Supreme Court held that even if a traditional departure is not justified, a non-guideline sentence can be appropriate because the guideline sentence itself fails to properly reflect all of the 18 U.S.C. §3553(a) considerations.

This is defendant's first offense. He has led a law-abiding life. In *United States v. Tomko*, 562 F. 3d. 558 (3rd Cir. 2009), the defendant was convicted of tax invasion with a loss of $225,000.00 and guidelines of 12 to 18 months. The Third Circuit held that the court's sentence to probation on condition of one year home detention and fine of $150,000.00 was not unreasonable, in part, because of the defendant's minimal criminal record.

Prison time is more significant for someone who is a first offender so a below-guideline sentence for such a person is justified. *United States v. Baker*, 445 F. 3d. 987 (7th Cir. 2006). Defendant is a first offender.

In *United States v. Autery*, 555 F. 3d. 864 (9th Cir. 2009), the defendant was convicted of possession of child pornography and his guidelines were 41-51 months. The Court found a variance to probation and the 9th Circuit found that that sentence was not unreasonable in part because of his positive characteristics "such as having no history of substance abuse, no interpersonal instability, no socio-pathic or criminalistic attitude, his motivation and intelligence and the support of his wife and child."

In *Pepper v. United States*, 131 S. Ct. 1229 (2011), the Court indicated that the likelihood that a defendant will engage in future criminal conduct is a central factor that District Court's must assess when imposing a sentence. In this case, there is no evidence that defendant will engage in any future criminal conduct.

In *United States v. Howe*, 543 F. 3d. 128 (3rd Cir. 2008), the government was requesting a sentence of 18 months. The Court sentenced to probation for many reasons, many of which apply to case at bar. Mr. Howe had no criminal history, no drug or alcohol history, was a well-regarded member of his community, submitted

many letters of support, he recognized the seriousness of the offense, expressed heartfelt remorse and the process had been difficult for him and his family.

## 2. DEFENDANT'S CHARACTER AND FAMILY CIRCUMSTANCES

A perusal of the character letters submitted see him described as a man of virtue, sympathy and compassion, a great worker and a person of great character and kindness, and a tireless activist dedicated to the well-being of others. The School Board Director of the Upper Darby School District has stated that defendant's "commitment to his community, integrity, and strong moral character has always been evident in his actions...he has demonstrated honesty, compassion, and a genuine willingness to assist others."

Defendant is the sole healthcare provider for his father-in-law who lives with defendant. No one is available to assume his care.

Defendant has two school aged children. Defendant's family cannot financially survive without his assistance, including tuition for his oldest son, a student at St. Joseph's University. His son, therefore, may be forced to abandon college.

Certainly, defendant is of no risk to the community and in fact is a blessing to his community as witnessed by said letters.

While defendant freely admits that he is guilty, it is important to note that he was running unopposed. He foolishly attempted to aid his friend, Hassan, who is running for mayor of the town. Defendant had no stake in this election.

Defendant is a beloved and responsible member of his community. It is a tradition in the Bangladesh Taxi Association, of which defendant is a secretary, to collect $100 from each member upon the death of another member to present to the deceased's family. Defendant was responsible for the collection and disposition of these funds and has given over $200,000.00 over a period of time particularly during the COVID crisis. Attached are letters testifying to defendant's character, letters given even knowing defendant's current predicament.

### 3. DEFENDANT'S POOR HEALTH

Defendant is of poor health. He has suffered a stroke, which resulted in temporary blindness for a time and hospitalization. Attached are letters from his physicians.

a. Malik Abdul, MD states that "He is suffering from Diabetes Mellitus, hypertension, high cholesterol, and is at an elevated risk for stroke. Given the present situation he is going through, he may suffer a stroke or heart attack. If convicted and separated from his family, the emotional and financial impact on his loved ones may be devastating."

b. Dr. Ziauddin Ahmed, MD writes, "He is suffering from multiple medical illness and taking medications for high blood pressure, Diabetes, high cholesterol and serious urological issue. As you know any extra stress can exacerbate the high blood pressure, Diabetes, urological painful situation and high cholesterol which can cause cardiovascular morbidity and mortality including stroke, heart attack and kidney failure, etc."

c. Michael Mooreville, MD states that currently "Mr. MD Ali is under my care for kidney stone and other urologic issues. He is a candidate for a necessary surgery."

d. Jay Simhan, MD states that "Mr. Ali is currently under my medical care for ongoing urologic issues, specifically related to Peyronie's disease. Due to the nature of this condition, it requires periodic evaluation and monitoring to assess treatment progress and guide management decisions. I will need to re-evaluate him on a regular basis, with his next scheduled evaluation occurring in approximately three months. It is important that he remain under consistent medical follow-up to ensure optimal outcomes and to address any evolving concerns."

### 4. VARIANCE: The following list of mitigating factors are all valid reasons for a sentence below the guideline range:

a. Defendant is a person of honesty, trustworthiness, compassion, and responsibility.

b. Defendant is a person with a strong moral compass and demonstrates a strong work ethic.

c. Defendant has contributed to the community in many ways both as an elected official and in a personal capacity.

d. Defendant has serious, life-threatening medical issues best served by his current treating physician.

e. Defendant is tasked as a home care aide responsible for the care of his father-in-law.

f. Defendant is needed at home to support his extended family and is responsible for assisting in his son's college tuition.

g. Defendant has exemplified kindness, integrity and the will to help others.

h. Defendant has consistently supported friends and family in time of need, has always been there for others, putting his own needs aside to support those in distress, both while an elected official and in a personal capacity.

i. Defendant is supportive, helpful and a cornerstone in the community.

j. Defendant has genuine compassion for others and is selfless, kind and responsible, is known as a great person, a great family member, a great friend and a great former community leader.

k. Defendant has admitted to his mistake and is incredibly remorseful.

l. Defendant has learned his lesson from his actions and would never do anything like that again.

m. Defendant is aware that his actions have hurt the trust in the Election Process.

n. Defendant has no criminal record.

o. Defendant immigrated to The United States and was a productive, crime-free member of society until this incident.

p. Defendant has been compliant on pretrial release, showing he is amenable to supervision in the community.

**CONCLUSION**

It is respectfully suggested that your honor sentence defendant to home confinement so that he may continue as a healthcare aide for his father-in-law and continue to monitor his own health.  Work release is also suggested so that he may work as a taxi driver and support his family.  He has not run for reelection in his borough.  I agree that a substantial fine is warranted with a lengthy period of probation.

Respectfully submitted by:

_____                    _____
Timothy J. Tarpey, Esquire                                         Spencer M. Wertheimer, Esquire

# Exhibits

# Malik Abdul, M.D Ph.D.

## 1205 Langhorne Newtown Road

## Suite #208

## Langhorne, PA 19047

*Date: - 04/09/2025*

In reference to MD Mansur Ali
DOB: 10/22/1976

To whom this may concern,

 I am writing to attest to my long-standing acquaintance with the individual mentioned above whom I have known for more than 10 years. He has consistently demonstrated exceptional honesty, humility, and a deep commitment to his community, especially for his involvement in the local mosque related activities.

 He is also suffering from Diabetes Mellitus, hypertension, high cholesterol,  and is at an elevated risk for stroke. Given the present situation he is going through, he may suffer a stroke or heart attack. If convicted and separated from his family, the emotional and financial impact on his loved ones may be devastating.

Sincerely,

Dr. Abdul Malik

**Malik Medical Practice**
**Dr. Abdul Malik** MD. PhD.
1205 Langhorne Newtown Road
Langhorne PA, 19047 #208
Tel: 215-750-9592
Fax: 215-750-9593

Tel # 2157509592

Fax #2157509593



**TEMPLE FACULTY PHYSICIANS**

Hypertension and Kidney Transplantation
3440 North Broad St., Suite 100 Kresge West
Philadelphia, PA 19140
Phone: 215-707-0744    Fax: 215-707-9697

April 7, 2025

TO WHOM IT MAY
CONCERN

I am writing this letter on behalf of Mr. Md. Mansur Ali to support his application for reducing charges of his conviction for the election fraud case. As I know he went to one house with his friend to include them in the voting list knowingly they were not in the jurisdiction. Unfortunately, there is no excuse.

I Know him for past two decades. He is one of the very few Bangladeshi immigrants who was very active in supporting the new community to grow. He was involved in improving the integration of community in the mainstream by encouraging children education, cultural assimilation and maintain own Unique cultural heritage, helping newcomer with passion and responsibilities. I have never seen him getting involved in any large dispute within the community or outside. We were very happy and proud of the few people like him who were giving so much time in community work even driving his family. He has a wonderful family with two son one in 10th grade and another one a freshman in a college. They are very proud of their father. Unfortunately, he is also suffering from multiple medical illness and taking medications for high blood pressure, Diabetes, high cholesterol and serious urological issue.

As you know any extra stress can exacerbate the high blood pressure, Diabetes, urological painful situation and high cholesterol which can cause cardiovascular morbidity and mortality including stroke, heart attack and kidney failure etc. Under such circumstances his life with be much safer if he stays with his family who would support his medications, diet and life style.

I hope honorable judge understands the risk of his life and save him from any serious sentence which would save a family and a man who was trying to help the community but ended up doing one wrong decision.

Sincerely

Ziauddin Ahmed , MD , FASN
Professor of Medicine and Nephrology
Emeritus Professor Drexel university College of Medicine
Past President Bangladesh association of Delaware valley
Past President of Bangladesh Medical Association of North
America



**MICHAEL  MOOREVILLE, M.D., F.A.C.S.**
www.urologycarectr.com
272 N. LANSDOWNE AVENUE
LANSDOWNE, PENNSYLVANIA 19050
(610) 259-3434
FAX (610) 259-3480

June 9, 2025

To whom it may concern,

     Mr. MD Ali (10/22/1976) is under my care for kidney stone treatment and other Urologic issues. He is a candidate for a necessary surgery. It is in my opinion that delay in his treatment would be detrimental.

     I would available to provide any further documentation if necessary.

Sincerely,

Michael Mooreville

March 12, 2025

Honorable Judge
Honorable District Attorney
Commonwealth of Pennsylvania

Subject: Character Reference for Mr. MD Mansur Ali

Dear Honorable Judge and District Attorney,

I am writing to provide a character reference for Mr. MD Mansur Ali, whom I have known for over seven years. I am Mohammad Hossain, the CEO of Aric Motors and School Board Director for the Upper Darby School District in Pennsylvania.

Mr. Ali is a highly respected individual who comes from a well-educated and distinguished family. He has been actively engaged in public service and has served for many years as a council member in Melbourne Borough. His commitment to his community, integrity, and strong moral character has always been evident in his actions.

Throughout my years of knowing Mr. Ali, he has demonstrated honesty, compassion, and a genuine willingness to assist others. Given his background and dedication to public service, I firmly believe that any actions under review were unintentional. I respectfully request your thoughtful consideration of his character and long-standing contributions to the community.

Mr. Ali pursued higher education at a prestigious university in Bangladesh before relocating to the United States. Since then, he has remained committed to serving his community with sincerity and diligence. Based on my personal knowledge of his character and integrity, I believe in his innocence and respectfully ask for your fairness in reviewing his case.

Thank you for your time and consideration. Please feel free to contact me should you require any further information.

Sincerely,

Mohammad Hossain
School Board Director, Upper Darby School District.
CEO, Aric Motors.

Address: 150 Powell Ln, Upper Darby, PA 19082
Cell: (631) 933-3821

Sworn to and subscribed before me
this 12th day of Mar, 2025

Commonwealth of Pennsylvania - Notary Seal
Reji Abraham, Notary Public
Delaware County
My commission expires October 31, 2027
Commission number 1090189
Member, Pennsylvania Association of Notaries

 **NEW HOPE HOME CARE INC**

Office: 1(833)-812-HOPE, Fax: 484-461-3654, support@newhopehomecr.com

Ali M Md
11 Burd Ave
Upper Darby Pa 19082

<u>To Whom It May Concern</u>                    04/07/2025

This letter is to state that Ali M Md  is working for Alam Dewan Moham and this letter is to confirm that Md Ali have been working with us as a Personal Care Assistant (PCA) from **May 27 ,2023, to the present date**.

During their employment with us Md Ali has consistently demonstrated themselves to be a **great worker**.

If you have any questions regarding the information provided, please don't hesitate to contact me.

Regards,

Rajia Sultana
**New Hope Home Care Inc**
**Administrator**
802 Garrett Road, Upper Darby, PA-19082

alamnewhopehomecr@gmail.com
Office: 1(833)-812-HOPE
Cell:    267-939-3118
Fax:    484-461-3654



**Fox Chase Cancer Center Outpatient Services - Urology at Huntingdon Pike**
8 HUNTINGDON PIKE,3RD FLOOR
ROCKLEDGE PA 19046
Phone: 215-728-1111
Fax: 215-214-1734

June 10, 2025

Patient:       **MD Ali**
Date of Birth: **10/22/1976**
Date of Visit: **6/10/2025**

To Whom It May Concern:

This letter is to confirm that MD Ali is currently under my medical care for ongoing urologic issues, specifically related to Peyronie's disease.

Due to the nature of this condition, it requires periodic evaluation and monitoring to assess treatment progress and guide management decisions. I will need to re-evaluate him on a regular basis, with his next scheduled evaluation occurring in approximately three months.

It is important that he remain under consistent medical follow-up to ensure optimal outcomes and to address any evolving concerns.

Please take this medical necessity into consideration with regard to his obligations related to the court process he is undergoing.

Sincerely,

Jay Simhan, MD

Dr. Ibrul Chowdhury
120 W Baltimore Ave,
Lansdowne, PA 19087

Date: 04/07/2025
Honorable Judge Commonwealth of PA
Subject: Character Reference for Mr. Md Ali

Dear Honorable Judge,
I am writing to you with a heavy heart to provide a character reference for Mr. Md Ali, someone I have known for over 10 years and regard with deep respect and compassion.
During the years I have known Mr. Md Ali, I have always found him to be a person of good character, integrity, and genuine kindness. This current situation is both uncharacteristic and deeply unfortunate, and it has had a profound impact not only on Mr. Md Ali but on those who care for I mean community as well. He is a people representative as a councilman serving in Milbourne borough.
I have seen firsthand how sincerely remorseful he is for the actions that led to this court appearance. Mr. Md Ali has expressed an earnest desire to take full responsibility, make amends, and do whatever is necessary to regain the trust of the community and rebuild his life in a meaningful way.
Beyond this incident, Mr. Md Ali has always demonstrated a deep sense of responsibility and care toward others. I truly believe that this experience has been a humbling and life-altering lesson for him.
I respectfully ask Your Honor to consider the totality of Mr. Md Ali's character and the potential for growth and redemption. I am confident that, given the opportunity, he will emerge from this as a better, wiser, and more committed member of society.

Thank you for your time and for considering this heartfelt testimony.

Respectfully,
Ibrul Chowdhury MD; Ph.D
Sr. Consultant, TATA Health
Cell: 267-255-5605

Dear Honorable Judge,

I am writing to you today not only as an individual but as a representative voice of our community, to vouch wholeheartedly for the character and integrity of Md. Munsur Ali. I have had the privilege of knowing Munsur since 2008—as a friend, a community leader, and a tireless activist dedicated to the well-being of those around him.

Throughout the years, Munsur has consistently demonstrated an unwavering commitment to service. He has been the kind of person who never waits to be asked for help—he offers it freely, wholeheartedly, and without hesitation. Whether it's a close friend or a distant acquaintance, Munsur treats everyone with the same compassion and urgency.

One of the most profound examples of his selflessness occurred during the height of the COVID-19 pandemic. While many of us were confined to our homes in fear and uncertainty, Munsur was out in the streets delivering food—at no cost—to struggling families, particularly those relying on food stamps. His courage and generosity brought comfort to so many during those dark times.

In moments of tragedy, Munsur is always among the first to act. Whenever there has been a death in our community, he has taken it upon himself to organize and lead fundraising efforts—not only to assist with funeral expenses but also to support grieving families in the difficult financial period that follows. His empathy, leadership, and reliability have been a pillar of strength for many.

Moreover, I have personally witnessed Munsur going out of his way to support unemployed individuals—connecting them with resources, helping them navigate job searches, and encouraging them through difficult transitions. He has never sought recognition or reward for his efforts; instead, he has made service to others a way of life.

To my knowledge, Munsur has never acted with the intent to harm. On the contrary, he has consistently demonstrated a philanthropic spirit, putting the needs of his community above his own. While no one is without fault, I respectfully ask that you weigh his one misstep against the lifetime of good he has done—and continues to do—for those around him.

I humbly urge you to consider the heart, history, and humanity of this man. Munsur Ali is a vital part of our community, and we all benefit from his compassion, his leadership, and his unwavering sense of responsibility. We believe in him, and we hope you will, too.

With deepest respect,

Md Khalilur Rahman.

Teaching Support Staff

The School District of Philadelphia, PA.

Phone: 267-968-8687

April 6th, 2025

Dear Honorable Judge,

My name is Muhammad Ahmed, and I have been a resident of Millbourne Borough since 2004. I am writing to express my full support for MD MUNSUR ALI.

We were neighbors from 2005 to 2013 and have remained good friends since then. Over the years, Mr. Ali did not hesitate to help my family and I on sudden occasions with rides to the hospital and even provide meals during difficult times.

Not only did he offer help to me, but he provided for the community as well. I have witnessed Mr. Ali's commitment to enhancing and providing enthusiasm to those around him. His selfless actions consistently brought a positive change in our community. There is no denying the great influence he had on the many residents of Millbourne Borough. Through his times creating or assisting on countless community events, Mr. Ali's leadership and his dedication to this community brought joy and gatherings with neighbors at Millbourne.

I humbly urge the court to consider Mr. Ali's exceptional character and his extensive record of positive contributions to our community. I personally believe that these elements clearly demonstrate his ability for repentance and efficient reintegration into society.

Thank you for taking Mr. Ali's matter seriously. I have great confidence in your ability to make a fair decision. Please do not hesitate to contact me if further information would be helpful.

Sincerely,

Muhammad Ahmed
Palash1771@gmail.com
215-783-2844
31 Sellers Ave,
Upper Darby, PA 19982

March 19, 2025

Rabbi Mamun
509 Highland Ave, Morton, PA 19070
215-370-9393
Rabbi_Mamun@epam.com
Honorable Judge
And
Honorable District Attorney
Pennsylvania

**Dear Honorable Judge and Honorable District Attorney,**

I am Rabbi Mamun, a Senior Software Test Engineer with 28 years of experience, currently employed at EPAM Systems, Inc., and I reside in Pennsylvania.

I have known Mr. MD Mansur Ali since childhood, as we attended the same school and grew up next to each other. He comes from a well-educated and distinguished family. Mr. Ali is from a political family and has been actively involved in community service. Throughout his student years, his moral character was exemplary. He is an honest individual who consistently strives to help others in any way he can.

Having known Mr. Ali and his family for many years, I can confidently vouch for his integrity. Mr. Ali completed his higher education at a respected university in Bangladesh before moving to the United States. He has been dedicated to serving the Bangladeshi American community here for a long time. I firmly believe that Mr. Ali is innocent.

Thank you for your time and consideration.

Respectfully yours,

Rabbi Mamun
509 Highland Ave,
Morton, PA 19070
Cell: 215-370-9393

04/05/2025

Abbas Ahmed

729 Childs Avenue

Drexel Hill, PA 19026

917-496-9846

Honorable Judge,

I am writing this letter as a character testimony for Mr. MD Munsur Ali. I have known him for many years. All these years he has been a great family friend and outstanding community leader. For as long as I have known him, he has presented himself as a man of virtue, sympathy, and worthy to respect among his peers.

MD Ali has always played a crucial role in our community, helping in organizing various community projects. He is a key member of our community, always providing his time and endeavor when and where required. His loyalty and friendship for his friends and community have had a deep effect, leading him to become a respected friend to me and many others.

As my long-time friendship with MD Ali, I strongly believe he is a man value to respect. I have never seen any doubt that he has shown me nothing to hesitate in his character. My personal experience with him spearheads me to consider him a man of great commitment who is candid and inspiring to many others. These allegations against him have left me puzzled, as these actions do not line up with the fundamentals of MD Ali, whom I have known as a good friend and community leader for many years. When evaluating his case, I urge that his contributions within the community be taken into consideration.

Sincerely,

Abbas Ahmed

Shamim Shaikh
246 S Carol Blvd
Upper Darby, PA 19082
267-207-5412

Honorable Judge,

I am writing this letter as a character reference for MD Munsur Ali. I have known MD Munsur Ali for about 19 years, during which time he has been a good friend and a respectable leader in our community. For as long as I have known him, he has presented himself as a man of rectitude and compassion, worthy of the respect of his peers.

MD Munsur Ali has always played a critical role in our community, assisting in organizing multiple goodwill and community projects. He is a pivotal member of our community, always contributing his time and effort when and where needed. His devotion and camaraderie for his friends and community have had a profound effect, leading him to become a respected friend to me and many others.

Given my long-standing friendship with MD Munsur Ali, I believe he is a man worthy of respect. He has shown me nothing to doubt his character. My experience with him leads me to consider him a man of commitment who is forthright and inspiring. These allegations against him have left me bewildered, as these actions do not align with the principles of the MD Munsur Ali, whom I have known, my friend, for about 19 years. I beseech that his history and contributions within the community be taken into consideration when evaluating his case.

Sincerely,

Shamim Shaikh

MD Hafizar Rahman
120 S Carol Blvd
Upper Darby, PA 19082
484-478-1220
hafizartrans@gmail.com

Dear Honorable Judge,

My name is MD Hafizar Rahman. I am a resident of Upper Darby, Pennsylvania, and I have been employed as a taxi driver in this community for over nineteen years. I am writing this letter with the utmost respect and sincerity to provide a character reference for Mr. MD Munsur Ali, whom I have known personally for the past eleven years.

Mr. Ali is a close family friend and a person for whom I hold the highest regard. Throughout our longstanding relationship, I have witnessed his unwavering commitment to integrity, generosity, and service to others. He has not only been a respected member of our community but also someone who has personally extended his support to my family in times of need.

Beyond the personal assistance he has extended to my family, Mr. Ali has continually dedicated himself to the betterment of our community. He is known to regularly contribute to our local mosque and has led numerous fundraising initiatives to support families grieving the loss of loved ones. Whether organizing funeral expenses or providing aid to those newly arrived in our area, Mr. Ali has consistently demonstrated deep compassion and civic responsibility. His contributions to social and charitable causes span well over a decade and have left a lasting, positive impact on many lives in Upper Darby.

Mr. Ali is widely regarded as a man of principle, deeply respected by those who know him. His longstanding record of charitable service, community involvement, and personal decency speaks to the strength of his character.

Thank you for your time and consideration of this letter.


Sincerely,

04/05/2025

MD Hafizar Rahman

## TO WHOM IT MAY CONCERN

Dear Honorable Judge,

I , Faria Rahman , reside at 140 Lawrence rd, Broomall, PA-19008, hereby stating that  Md M Ali has known me  for the last 15 years . So far I know he is a very good person and he is always serving our community. He is a family oriented and a good father with his beautiful wife and 2 sons. He is also taking care of his father and mother in law with all their needs like food , accommodation , medical help and every day task.

My dear honorable Judge Please review and consider his case.

Thank you,

Sincerely Yours,

Faria Rahman

03/14/2025

Mainul Kaisar

353 Avon Rd

Upper Darby, PA 19082

Mainulusa@live.com

215-264-2071

3/16/2025

Honorable Judge

Commonwealth of PA

Court Address

City: Philadelphia          State : PA          ZIP Code:

Subject: Character Reference Letter for Mr. Ali

Dear Judge,

I am writing to you in my capacity as my relationship to Mr. Ali, a longtime friend & a community member, to provide a character reference for Mr. Ali, who is currently facing charges related to voter fraud. I have known Mr. Ali for 16 years and have always found him to be an honest, responsible, and community-oriented individual.

Throughout my association with Mr. Ali, I have witnessed his strong moral character and dedication to ethical conduct. He has been an active member of our community, always willing to assist others and contribute positively. It is difficult for me to reconcile these allegations with the person I know.

I sincerely believe that Mr. Ali is remorseful for any misunderstandings or missteps that may have occurred, and I trust that he will take full responsibility for any mistakes. I respectfully ask the court to consider his good character, past contributions, and potential for rehabilitation in its deliberations.

Thank you for taking the time to consider this letter. I trust in your wisdom and fairness in making the appropriate decision regarding Mr. Ali's case. Please do not hesitate to contact me if you require any further information.

Sincerely,

*Mainul Kaisar*

March 20, 2025

Honorable Judge

Honorable District Attorney

Commonwealth of Pennsylvania

Subject: Character Reference for Mr. MD Mansur Ali

Dear Honorable Judge and District Attorney,

I am writing to provide a character reference for Mr. MD Mansur Ali, whom I have known for over 20 years. I am Nancy Baulis, secretary for Millbourne Borough. I am also a retired schoolteacher.

Mr. Ali has always acted in the best interests of the people in Millbourne. I do not think he felt he was doing anything illegal. Because his integrity would not have permitted him to do anything illegal. I am sure this would be his first offense and his last. I believe he should be given leniency.

Please take into consideration all the years of service that Mr. Ali has given to the citizens of Millbourne Borough and the rest of the larger community.

Thank you for any consideration to this matter.

Sincerely,

Nancy Baulis

Nancy Baulis

## <u>TO WHOM IT MAY CONCERN</u>

Dear Honorable Judge,

I , Dewan Alam , reside at 11 Burd Ave, Upper Darby, PA-19082 hereby stating that Md M Ali is my son in law. He has been my caregiver for the last 5 years. I am 77 years old . I am very ill, and disabled. I need help in the bathroom, physical movement, my doctor and medicine, I have multiple physical illnesses like joint pain, fatty liver, diabetics , and high BP. He has been taking care of me for a long time. Without him I am very much helpless because of my physical condition. He is helping me with my everydays needs.

I have known Md M Ali for the last 25 years and he is a very nice and polite person. He is always serving for me, my wife and for the community. Please review and consider his case.

Sincerely Yours,

Dewan Alam

Mosammat Zannatul Mewa
11 Burd Ave, Upper Darby, PA 19082
April 6th, 2025

To the Honorable Judge,

My name is Mosammat Zannatul Mewa, and I am the wife of Md Munsur Ali. We have been married for 25 years. From class six through our bachelor's degrees, we studied at the same school and university.

Throughout all these years, I have never seen anything bad in my husband, neither in his married life nor in his personal life. He has always been a kind, honest, and respectful individual. In his life here in the United States, he has stood by many people during their times of hardship, not only within the Bengali community but also among people of other backgrounds. He has fulfilled his responsibilities with integrity and earned a good reputation in every organization he has been a part of.

Additionally, for the past 10 years, he has been taking care of my elderly and sick father with great dedication. In every aspect of life, he is a good and dependable person. I believe that whatever incident has occurred in his life was a simple accident and not a reflection of his true character. He has always been an exceptional husband, father, neighbor, and member of the community.

In my own household, I am the primary caregiver for my mother, who uses a wheelchair and suffers from several chronic health conditions. Our two sons are still very young. Along with caring for them, I am also responsible for managing the mortgage on our home and car, credit card bills, school fees, and many other household expenses. I can't handle all of this alone without my husband's support.

The future and well-being of our two sons are closely tied to the judgment that will be made regarding their father. Therefore, with the utmost respect and humility, I sincerely request Your Honor to consider the circumstances of our family and to view his situation with compassion and understanding.
Thank you for your time and consideration.

Respectfully,

Mosammat Zannatul Mewa

**Sheikh Al Abir**
11 burd Ave
Upper Darby, PA 19082
(267) 815-2773
sheikhabir423@gmail.com

5th April 2025

Dear Honorable Judge and State Attorney,

Hello, my name is Sheikh Al Abir, and I am 15 years old. I'm the youngest son of Md M Ali. I am writing this to let you know the person I know my father to be.

Throughout my life, my father has been supportive and caring. He has helped me through hardship after hardship. He takes care of my grandfather, he helped raise money for the families who lost loved ones to COVID-19, which came to be over $240k, and he helps with the local masjid.

I understand that my father has pleaded guilty and is taking responsibility for his actions. I hope you consider my words and all that he has done for me, my family, and our community. I respectfully ask for you to please show mercy upon my father on his sentence.

Sincerely,
Abir
Sheikh Al Abir

Sheikh Al Zabir
11 Burd Ave, Upper Darby, PA 19082
Phone: 267-206-9231
Email: zabirabir92@gmail.com
Date: April 5th, 2025

To the Honorable Judge and State Attorney,

I hope this letter finds you well. My name is Sheikh Al Zabir, and I am the oldest son of Md M Ali. I am a full-time university student studying Machine Learning and Artificial Intelligence. My father is the provider for my tuition, textbooks, and other expenses for my education. My goal with my education is to improve learning, healthcare, and people's daily lives through advancements in artificial intelligence. My father has instilled in me values such as hard work, honesty, and generosity throughout my life. He has always strived to create a better life for my younger brother and me. He is also the main provider of our family and the main caretaker of our sick and elderly grandfather, who is currently 76 years old and has been diagnosed with life-threatening conditions such as anemia, type two diabetes, fatty liver disease, and mobility issues. Since he is the primary caretaker, I cannot imagine a day without him.

He loves giving back to the community. He always donates generously to our local mosque. I saw his community activism at an all-time high during the COVID-19 pandemic. During Covid, I saw him help raise money for multiple families who lost someone to Covid. He helped raise around $240,000. He also made sure that the families had enough to eat while they were in mourning and helped prepare and send home-cooked meals to them.

While I cannot speak to the legal matters directly, I only hope you will also consider the person he has always been to us and to his community. He is a good person and an even greater father and husband. His absence would deeply affect not only our family but also my education and future. I respectfully ask for your compassion and understanding as you consider how much his presence means to all of us. Thank you for finding the time to read my letter.

Sincerely,

*Zabir* 4/5/2025

Sheikh Al Zabir

# হবিগঞ্জ ডিস্ট্রিক্ট সোসাইটি অব পেনসিলভেনিয়া
## Habiganj District Society of Pennsylvania. (HDSP)
### ESTB: 09-01-2019 ■ স্থাপিত : ০৯-০১-২০১৯

**PTION**

DATE:04-05-2025

**TO WHOM IT CONCERN**

SUBJECT:- HDSP & THE COMMUNITY'S HUMBLE REQUEST TO KINDLY RELEASE HIM ABOUT ADDRESSING THIS MATTER.

DEAR SIR,

FOR YOUR KIND INFORMATION IN THIS REGARD, MD. MUNSUR ALI, 11 BIRD AVE, UPPER DARBY,PA-19082 .WE KNOW HIM  MORE THAN 6 YEARS. HE  IS A VERY GOOD & POLITE PERSON.AS FAR WE KNOW HIM,NO ONE HAS EVER ABUSED, DISRESPECTFUL OR HURT BY HIM. HE IS RESPECTED BY ALL IN THE SOCIETY AND HAS BEEN SERVING THE COMMUNITY FOR A LONG TIME. HE WAS NEVER INVOLVED IN ANY MISDEMEANOR OR LAW-BREAKING ACTIVITIES.HE ALWAYS RESPECTED THE LAW. ACCORDING TO HIM, A SOCIAL WORKER IS ALWAYS NEEDED IN TIMES OF TROUBLE IN OUR SOCIETY. WE BELIEVE THAT HE HAS NEVER BEEN OR WILL BE A CAUSE OF HARMFUL TO OUR SOCIETY OR COUNTRY.

WE HUMBLY REQUESTED TO YOU RELEASE  HIM FOR THIS CASE PLEASE.

REQUESTING BY:

**KAMRUL HASSAN**
**PRESIDENT (HDSP)**
**PH: (267) 496-3494.**

**EMAD CHOWDHURY**
**SECRETARY (HDSP)**
**PH: (267) 880-7646**

# বাংলাদেশ এডুকেশন এ্যাণ্ড স্পোর্টস এসোসিয়েশন অব পেনসিলভানিয়া
## Bangladesh Education and Sports Association of Pennsylvania (BESAP)

:APTION

TO
THE HONORABLE JUDGE.

DATE: 04-04-2025

SUBJECT:- BESAP & THE COMMUNITY'S HUMBLE REQUEST TO KINDLY RELEASE HIM

ABOUT ADDRESSING THIS MATTER.

DEAR SIR,
FOR YOUR KIND INFORMATION IN THIS REGARD, MD. MUNSUR ALI, 11 BIRD AVE, UPPER DARBY,PA-19082 .WE KNOW HIM  MORE THAN 15 YEARS. HE  IS A VERY GOOD & POLITE PERSON.AS FAR WE KNOW HIM,NO ONE HAS EVER ABUSED, DISRESPECTFUL OR HURT BY HIM. HE IS RESPECTED BY ALL IN THE SOCIETY AND HAS BEEN SERVING THE COMMUNITY FOR A LONG TIME. HE WAS NEVER INVOLVED IN ANY MISDEMEANOR OR LAW-BREAKING ACTIVITIES.HE ALWAYS RESPECTED THE LAW. ACCORDING TO HIM, A SOCIAL WORKER IS ALWAYS NEEDED IN TIMES OF TROUBLE IN OUR SOCIETY. WE BELIEVE THAT HE HAS NEVER BEEN OR WILL BE A CAUSE OF HARMFUL TO OUR SOCIETY OR COUNTRY.

WE HUMBLY REQUESTED TO YOU RELEASE  HIM FOR THIS CASE PLEASE.

REQUESTING BY:

SORON KHAN
PRESIDENT (BASAP).
PH. 215-301-3306.

ABIDEN JOYNAL
SECRETARY (BASAP).
PH.267-357-7176.



# Golapgonj Society of Pennsylvania
## গোলাপগঞ্জ সোসাইটি অব পেনসিলভানিয়া

Estd: 2022

ORGANIZATION

DATE:04-05-2025

**TO WHOM IT CONCERN**

SUBJECT:- WE & OUR COMMUNITY'S HUMBLE REQUEST TO KINDLY RELEASE HIM ABOUT ADDRESSING THIS MATTER.

DEAR HONORABLE SIR,
FOR YOUR KIND INFORMATION IN THIS REGARD, MD. MUNSUR ALI, 11 BIRD AVE, UPPER DARBY,PA-19082 .HE HAS BEEN KNOWN TO US FOR THE PAST 3 TO 4 YEARS AS AN HONEST, FEARLESS, AND DEDICATED SOCIAL WORKER AND A GOOD PERSON. IN TIMES OF CRISIS, HE HAS ALWAYS WORKED FOR THE SERVICE OF HUMANITY. HE HAS NEVER BEEN INVOLVED IN ANY ACTIVITIES AGAINST LAW AND ORDER. HIS PRESENCE IS ALWAYS NEEDED FOR THE SERVICE OF THE COMMUNITY. WE SINCERELY REQUEST THAT HE BE RELEASED FROM PUNISHMENT FOR THIS UNEXPECTED INCIDENT.

WE HUMBLY REQUESTED TO YOU RELEASE HIM FOR THIS CASE PLEASE.

REQUESTING BY:

**SALA U KHAN**
PRESIDENT
PH:(267) 307-8635

**HASSAN AHMED**
SECRETARY
PH:((267) 979-1000

Tokiur Rahman
173 Powell Ln
Upper Darby, Pa 19082
Phone:+1 657-465-6362

Current Date: 04/07/2025

Dear Judge,

I am honored to write this letter on behalf of Md M. Ali, who has helped our family tremendously when we migrated to America in 2015.

Although we initially arrived in California, my parents struggled to adjust to the new language and found it extremely difficult to secure employment to support us. When Md Ali and his family heard about our situation, they encouraged us to move to Pennsylvania. They told us about accessible public transportation, greater job opportunities, and a welcoming community that spoke our native language.

Md Ali went above and beyond by welcoming us into his home and supporting us until we were able to get on our feet. Today ten years later our family owns a home in Pennsylvania, and I have the opportunity to attend The Pennsylvania State University for higher education. My family will always be grateful to Md Ali and his family for the selfless support they offered us during our most vulnerable time.

I was truly saddened to hear about the current situation involving Md Ali. Although I do not fully know the details of the case, I can only speak from my experience: to me and my family, he is a person who showed great compassion and generosity. I respectfully ask that you take this into consideration and show leniency in your judgment.

Sincerely,

Tokiur Rahman

Mohammad Salim
7219 Hilltop Rd
Upper Darby PA 19082
484-598-3785


April 8th, 2025


Honorable Judge &
Honorable District attorney
Pennsylvania


Dear Honorable Judge and Honorable District Attorney,


For close to 12 years I have had the pleasure of knowing Mr. MD Mansur Ali. In both personal and community settings, he has exemplified the values of integrity, compassion, and civic responsibility. It is without hesitation that I speak to his honorable character and dedication to the well-being of others.

Thank you.



Respectfully yours,



*Mohammed Salim*

Mohammad Salim

MD Shahid Paramanik
305 Long Ln
Upper Darby PA 19082
267-600-9409


04/09/2025


Honorable Judge &
Honorable District Attorney
Pennsylvania



Dear Honorable Judge & District Attorney,

Over the past 15 years, I have come to know Mr. MD Mansur Ali as a deeply compassionate and sincere individual, devoted to serving others and making a positive impact in the community. His enduring association with my family, friends and me has consistently reflected his respectable character. I greatly value his compassion, dedication, and the integrity he brings to all that he does.



Sincerely,



MD Shahid Paramanik



বৃহত্তর রংপুর অ্যাসোসিয়েশন অব পেনসিলভেনিয়া
**Greater Rangpur Association of Pennsylvania**

DATE:04-05-2025

### TO WHOM IT MAY CONCERN

SUBJECT:-GRA & OUR COMMUNITY'S HUMBLE REQUEST TO KINDLY RELEASE HIM ABOUT ADDRESSING THIS MATTER.

DEAR HONORABLE JUDGE
FOR YOUR KIND INFORMATION IN THIS REGARD, MD. MUNSUR ALI, 11 BIRD AVE, UPPER DARBY,PA-19082 .HE HAS BEEN KNOWN TO US LONG TIME AS AN HONEST, FEARLESS, AND DEDICATED SOCIAL WORKER AND A GOOD PERSON. IN TIMES OF CRISIS, HE HAS ALWAYS WORKED FOR THE SERVICE OF HUMANITY. HE HAS NEVER BEEN INVOLVED IN ANY ACTIVITIES AGAINST LAW AND ORDER. HIS PRESENCE IS ALWAYS NEEDED FOR THE SERVICE OF THE COMMUNITY. WE SINCERELY REQUEST THAT HE BE RELEASED FROM PUNISHMENT FOR THIS UNEXPECTED INCIDENT.

WE HUMBLY REQUESTED TO YOU RELEASE HIM FOR THIS CASE PLEASE.

WITH REGARDS:

ABM B ALTAMASH
President
Ph:(484) 664-0647

AHAMMED MAHIAN
Secretary
Ph:(484) 802-9628



**কোম্পানীগঞ্জ ওয়েলফেয়ার সোসাইটি অব পেনসিলভানিয়া ইউএসএ, ইনক**

# COMPANIGONJ WEFLFARE SOCIETY OF PENNSYLVANIA USA, INC

DATE:04-05-2025

### TO WHOM IT MAY CONCERN

**SUBJECT:-COFS & OUR COMMUNITY'S HUMBLE REQUEST TO KINDLY RELEASE HIM ABOUT ADDRESSING THIS MATTER.**

**DEAR HONORABLE JUDGE**
**FOR YOUR KIND INFORMATION IN THIS REGARD, MD. MUNSUR ALI, 11 BIRD AVE, UPPER DARBY,PA-19082 .HE HAS BEEN KNOWN TO US ABOUT 15 YEARS AS AN HONEST, FEARLESS, AND DEDICATED SOCIAL WORKER AND A GOOD PERSON. IN TIMES OF CRISIS, HE HAS ALWAYS WORKED FOR THE SERVICE OF HUMANITY. HE HAS NEVER BEEN INVOLVED IN ANY ACTIVITIES AGAINST LAW AND ORDER. HIS PRESENCE IS ALWAYS NEEDED FOR THE SERVICE OF THE COMMUNITY. WE SINCERELY REQUEST THAT HE BE RELEASED FROM PUNISHMENT FOR THIS UNEXPECTED INCIDENT.**

**WE HUMBLY REQUESTED TO YOU RELEASE HIM FOR THIS CASE PLEASE.**

**WITH REGARDS:**

Mohammad Abdul Khaleque
President
Ph:+1 (267) 694 1570

Ibahim Chowdhury
Secretary
Ph:+1 (215) 939 5979

SHeikh Siddique

7109 HIlltop Road

Upper Darby, PA 19082

215-651-1923

Honorable Judge,

Name of the Court:

[Court Address:

**Subject: Character Reference for Mr. Md Ali**

Dear Judge,

I am writing this letter to provide a character reference for Mr. Md Ali, whom I have had the privilege of knowing for more than 20 years as both a close friend and a respected leader in our community. Throughout the years, I have known him to be a person of integrity, kindness, and deep commitment to the well-being of those around him.

Mr. Ali has always been an upstanding member of our community, dedicating his time and efforts to various charitable and social initiatives. He has been instrumental in organizing community programs, assisting those in need, and fostering a sense of unity among residents. His leadership and selflessness have made a meaningful impact, and many, including myself, can personally attest to his unwavering dedication to helping others.

Given my long-standing association with Mr. Ali, I firmly believe that his character is one of honesty and compassion. The allegations against him are deeply surprising, as they do not align with the values and principles he has consistently upheld. I respectfully ask that you consider his history of goodwill and positive contributions to society when evaluating his case.

I sincerely hope that this letter provides some insight into the character of Mr. Ali, and I trust that justice will be served with fairness and understanding. If you require any further information, please feel free to contact me. Thank you for your time and consideration.

Sincerely,

President of Masjid Al Madinah

# Bangladeshi American Community Forum of Pennsylvania, USA

DATE:04-05-2025

## TO WHOM IT CONCERN

**SUBJECT:-FORUM & OUR COMMUNITY'S HUMBLE REQUEST TO KINDLY RELEASE HIM ABOUT ADDRESSING THIS MATTER.**

**DEAR HONORABLE JUDGE**
**FOR YOUR KIND INFORMATION IN THIS REGARD, MD. MUNSUR ALI, 11 BIRD AVE, UPPER DARBY,PA-19082 .HE HAS BEEN KNOWN TO US FOR THE PAST 5 YEARS AS AN HONEST, FEARLESS, AND DEDICATED SOCIAL WORKER AND A GOOD PERSON. IN TIMES OF CRISIS, HE HAS ALWAYS WORKED FOR THE SERVICE OF HUMANITY. HE HAS NEVER BEEN INVOLVED IN ANY ACTIVITIES AGAINST LAW AND ORDER. HIS PRESENCE IS ALWAYS NEEDED FOR THE SERVICE OF THE COMMUNITY. WE SINCERELY REQUEST THAT HE BE RELEASED FROM PUNISHMENT FOR THIS UNEXPECTED INCIDENT.**

**WE HUMBLY REQUESTED TO YOU RELEASE HIM FOR THIS CASE PLEASE.**

**WITH REGARDS:**
**MEMBERS OF THE BOARD OF DIRECTORS:**

Solaiman Ibna Majib Auntu.   Ph:+1 (917) 378-8931

Rahman Ashiqur.               Ph:+1 (484) 550-1194

Fatema Dulali.               Ph:+1 (267) 901-3055

Marjan Akter.                Ph:+. (267) 854 3925

Abdul Hafiz Chowdhury.       Ph:+1 (267) 461-1346

Muhammad Lutfur Rahman.   Ph:(267) 243-2045

# To whom it may concern

It gives me immense pleasure to state that Md. Munsur Ali,11 Burd Ave,Upper Darby,PA-19082 is personally known to me since a long time of 25 years, As  a prominent social worker he is serving his community with a great name and fame.His countless contributions to the community elected him several times council man since 2010 till today.He is serving his people with a great faith and dedication. He kept his words of doing his best for the betterment of his community people.

Not only that he is doing all on a sudden an amazing job in Bangladesh Taxi Society of Philadelphia (BTSP) of minimum 600 numbers of members as an elected general secretary. His leadership quality is highly praiseworthy.He is still serving BTSP with a great record of honesty.He is taking care of all the dead members died in different circumstances in different times of BTSP.

He achieved best wishes and unparalleled sympathy from his colleagues,friends and community people for his wonderful leadership. I ,along with all others,also wish him a happy, trustworthy and loving healthy successful life.

# With regards:

Sayekhul Islam
(Ex-President,BTSP)
337 Sooner Ln, Blandon, PA 19510
Ph:+1 (267) 241-7106



# বাংলাদেশ সোসাইটি অব পেনসিলভেনিয়া
## BANGLADESH SOCIETY OF PENNSYLVANIA

নতুন প্রজন্মের মাঝে বাংলা সংস্কৃতি তুলে ধরাই আমাদের মূল লক্ষ্য

**DATE:04-05-2025**

### TO WHOM IT CONCERN

**SUBJECT:- & OUR COMMUNITY'S HUMBLE REQUEST TO KINDLY RELEASE HIM  ABOUT ADDRESSING THIS MATTER.**

**DEAR HONORABLE JUDGE**
**FOR YOUR KIND INFORMATION IN THIS REGARD, MD. MUNSUR ALI, 11 BIRD AVE, UPPER DARBY,PA-19082 .HE HAS BEEN KNOWN TO US FOR THE PAST  15 YEARS AS AN HONEST, FEARLESS, AND DEDICATED SOCIAL WORKER AND A GOOD PERSON. IN TIMES OF CRISIS, HE HAS ALWAYS WORKED FOR THE SERVICE OF HUMANITY. HE HAS NEVER BEEN INVOLVED IN ANY ACTIVITIES AGAINST LAW AND ORDER. HIS PRESENCE IS ALWAYS NEEDED FOR THE SERVICE OF THE COMMUNITY. WE SINCERELY REQUEST THAT HE BE RELEASED FROM PUNISHMENT FOR THIS UNEXPECTED INCIDENT.**

**WE HUMBLY REQUESTED TO YOU RELEASE  HIM FOR THIS CASE PLEASE.**

**WITH REGARDS:**

**ABM B ALTAMASH**
**PRESIDENT(BSP)**
**PH:(484) 664-0647**

**MD SAYDUZZAMAN DENY**
**SECRETARY(BSP)**
**PH:(646) 552-1256**

# To whom it may concern

It gives me immense pleasure to state that Md. Munsur Ali,11 Burd Ave,Upper Darby,PA-19082 is personally known to me since a long time of 22 years, As  a prominent social worker he is serving his community with a great name and fame.His countless contributions to the community elected him several times council man since 2010 till today.He is serving his people with a great faith and dedication. He kept his words of doing his best for the betterment of his community people.

Not only that he is doing all on a sudden an amazing job in Bangladesh Taxi Society of Philadelphia (BTSP) of minimum 600 numbers of members as an elected general secretary. His leadership quality is highly praiseworthy.He is still serving BTSP with a great record of honesty.He is taking care of all the dead members died in different circumstances in different times of BTSP.

He achieved best wishes and unparalleled sympathy from his colleagues,friends and community people for his wonderful leadership. I ,along with all others,also wish him a happy, trustworthy and loving healthy successful life.

# With regards:

*04/07/2025*

Tozammel Haque
(Ex-President,BTSP)
6425 Market St,
Upper Darby, Pa-19082.
Ph:+(267) 475 1804

Department of Justice

Eastern District of Pennsylvania

615 Chestnut Street, Suite 1250

Philadelphia, PA 19106-4476

March 10th, 2025

Subject: In reference to Mohammad Munsur Ali

To whom it may concern:

I am writing this letter on behalf of my relative and long-term friend, Mohammad Munsur Ali. I have known him over the last ten years. To the best of my knowledge, he is an honest, hospitable, and upstanding citizen, who has been serving his community in Philadelphia over the last few decades. I got to know him when my uncle Zahurul Islam and aunt Sultana Bulbul immigrated to Upper Darby from Bangladesh. My aunt, Sultana Bulbul, is the first cousin of Mohammad's wife. Because of the that relationship, Mohammad graciously offered Sultana Bulbul and her son a residence in his house at 11 Burd Ave in Upper Darby, PA 19082. In fact, I have visited them at this address many times over the last ten years. Due to Mohammad's help, my aunt was able to save up money to buy a house in that neighborhood just last year and moved.

Should you have any questions, you can reach me at msultana@gmail.com or 857-998-1421.

Best regards,

Mahmooda Sultana

Laurel, MD 20724



# লক্ষ্মীপুর ডিস্ট্রিক্ট সোসাইটি অব পিএ ইউএসএ ইনক
# Lakshmipur District Society of PA USA Inc

আমেরিকার সরকার কর্তৃক নিবন্ধিত একটি ননপ্রফিট অরাজনৈতিক সংগঠন।

DATE:04-05-2025

### TO WHOM IT MAY CONCERN

**SUBJECT:-LDS & OUR COMMUNITY'S HUMBLE REQUEST TO KINDLY RELEASE HIM ABOUT ADDRESSING THIS MATTER.**

**DEAR HONORABLE JUDGE**
FOR YOUR KIND INFORMATION IN THIS REGARD, MD. MUNSUR ALI, 11 BIRD AVE, UPPER DARBY,PA-19082 .HE HAS BEEN KNOWN TO US LONG TIME  AS AN HONEST, FEARLESS, AND DEDICATED SOCIAL WORKER AND A GOOD PERSON. IN TIMES OF CRISIS, HE HAS ALWAYS WORKED FOR THE SERVICE OF HUMANITY. HE HAS NEVER BEEN INVOLVED IN ANY ACTIVITIES AGAINST LAW AND ORDER. HIS PRESENCE IS ALWAYS NEEDED FOR THE SERVICE OF THE COMMUNITY. WE SINCERELY REQUEST THAT HE BE RELEASED FROM PUNISHMENT FOR THIS UNEXPECTED INCIDENT.

WE HUMBLY REQUESTED TO YOU RELEASE  HIM FOR THIS CASE PLEASE.

**WITH REGARDS:**

*MOHAMMAD S. MAJIB*
*04/05/2025*
Mohammad solaiman Ibna Majib
President
Ph:+1 (917) 378-8931

*Ballal Hossain 04-072*

Ballal Hossain
Secretary
Ph:+1 (267) 686-1853

# নরসিংদী সোসাইটি অফ পেনসিলভেনিয়া
# Narsingdi society of Pennsylvania

DATE:04-05-2025

### TO WHOM IT MAY CONCERN

SUBJECT:-LDS  & OUR COMMUNITY'S HUMBLE REQUEST TO KINDLY RELEASE HIM  ABOUT ADDRESSING THIS MATTER.

DEAR HONORABLE JUDGE
FOR YOUR KIND INFORMATION IN THIS REGARD, MD. MUNSUR ALI, 11 BIRD AVE, UPPER DARBY,PA-19082 .HE HAS BEEN KNOWN TO US FOR LONG TIME AS AN HONEST, FEARLESS, AND DEDICATED SOCIAL WORKER AND A GOOD PERSON. IN TIMES OF CRISIS, HE HAS ALWAYS WORKED FOR THE SERVICE OF HUMANITY. HE HAS NEVER BEEN INVOLVED IN ANY ACTIVITIES AGAINST LAW AND ORDER. HIS PRESENCE IS ALWAYS NEEDED FOR THE SERVICE OF THE COMMUNITY. WE SINCERELY REQUEST THAT HE BE RELEASED FROM PUNISHMENT FOR THIS UNEXPECTED INCIDENT.

WE HUMBLY REQUESTED TO YOU RELEASE  HIM FOR THIS CASE PLEASE.

WITH REGARDS:

**MONIR UDIN**
**PRESIDENT**
PH:(215) 921-0482

**ASHIQUR RAHMAN SOHAG**
**SECRETARY**
PH:(609) 892-1966

# To whom it may concern

It gives me immense pleasure to state that Md. Munsur Ali,11 Burd Ave, Upper Darby,PA-19082 is personally known to me since a long time.As a prominent social worker he is serving his community with a great name and fame.His countless contributions to the community elected him several times council man since 2010 till today.He is serving his people with a great faith and dedication. He kept his words of doing his best for the betterment of his community people.

Not only that he is doing all on a sudden an amazing job in Bangladesh Taxi Society of Philadelphia (BTSP) of minimum 600 numbers of members as an elected general secretary.His leadership quality is highly praiseworthy.He is still serving BTSP with a great record of honesty.He is taking care of all the dead members died in different circumstances in different times of BTSP.

He achieved best wishes and unparalleled sympathy from his colleagues,friends and community people for his wonderful leadership. I ,along with all others,also wish him a happy, trustworthy and loving healthy successful life.



Caption

With regards:

Sheikh Shara Janeen
(Friends & Family)
337 Sooner Ln, Blandon, PA 19510

# To whom it may concern

It gives me immense pleasure to state that Md. Munsur Ali,11 Burd Ave, Upper Darby,PA-19082 is personally known to me since a long time.As a prominent social worker he is serving his community with a great name and fame.His countless contributions to the community elected him several times council man since 2010 till today.He is serving his people with a great faith and dedication. He kept his words of doing his best for the betterment of his community people.

Not only that he is doing all on a sudden an amazing job in Bangladesh Taxi Society of Philadelphia (BTSP) of minimum 600 numbers of members as an elected general secretary.His leadership quality is highly praiseworthy.He is still serving BTSP with a great record of honesty.He is taking care of all the dead members died in different circumstances in different times of BTSP & also he always try to solve family problems.

He achieved best wishes and unparalleled sympathy from his colleagues,friends and community people for his wonderful leadership. I ,along with all others,also wish him a happy, trustworthy and loving healthy successful life.



Caption

With regards:

Shazeda B Hassan

(Friends & Family)
7237 Souder St, Philadelphia,
Pa-19149.
Ph-267 738 8570.

# To whom it may concern

It gives me immense pleasure to state that Md. Munsur Ali,11 Burd Ave,Upper Darby,PA-19082 is personally known to me since a long time of 20 years, As a prominent social worker he is serving his community with a great name and fame.His countless contributions to the community elected him several times council man since 2010 till today.He is serving his people with a great faith and dedication. He kept his words of doing his best for the betterment of his community people.

Not only that he is doing all on a sudden an amazing job in Bangladesh Taxi Society of Philadelphia (BTSP) of minimum 600 numbers of members as an elected general secretary. His leadership quality is highly praiseworthy.He is still serving BTSP with a great record of honesty.He is taking care of all the dead members died in different circumstances in different times of BTSP.

He achieved best wishes and unparalleled sympathy from his colleagues,friends and community people for his wonderful leadership. I ,along with all others,also wish him a happy, trustworthy and loving healthy successful life.

With regards:

04.13.2025

**Khayer Mohammad Mian**
(Ex-Chief Adviser,BTSP)
2207 Napfle Street,
Philadelphia,PA-19152.

PHONE # 267-809-1301

Date: 4-16-2025

Dear Honorable Judge,

I am writing to provide a character reference for my friend, Mr. MD MUNSUR ALI, who is currently before your court regarding charges of voter fraud.

I have known Mr. ALI for over 15 years, having met through mutual friends and community activities. Throughout our friendship, he has consistently demonstrated honesty, integrity, and a deep commitment to his family and community. It is truly difficult for me to reconcile this image with the charges he now faces, however, I fully respect the legal process and the importance of these proceedings.

During a challenging period in my life, when my father was seriously ill and subsequently passed away, Mr. ALI was an unwavering source of support. He assisted my family in numerous ways, providing both emotional and practical help. His dedication to his own family is equally commendable, as a devoted husband and father of Two children, he consistently ensures their well-being and happiness.

I am fully aware of the seriousness of the charges against Mr. Ali. Nonetheless, I respectfully request that the court consider his longstanding positive contributions to our community and his dedication to his family. A severe sentence would not only affect him profoundly but would also have a detrimental impact on his wife and children and his Father in law also Mother in Law, who rely on him for support and guidance.

Thank you for taking the time to consider this letter. I am available to provide any further information the court may require.

Sincerely,

Signature: _(signature)_

Name: GULAM MUSTAFA

Adress: 120 wildwood Ave, LANSDOWNE, PA, 19050

Email: Gmustafa2402@gmail.com

Phone: 610-202-1611





